SUE CAMPBELL, SBN 98728
CAMPBELL LAW OFFICE
370 George Hood Lane
Palo Alto, CA 94306
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND RONALD BENNETT AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRIMELE ELECTRIC WORKS, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: 15-CV-04186 DMR<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER (AS MODIFIED)<br><br>Date: February 17, 2016<br>Time: 1:30 P.M.<br>Place: Courtroom 4, 3rd Floor<br>       Ronald Dellums Federal Building<br>       1301 Clay Street<br>       Oakland, CA 94612 |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs request that the cases management conference be continue until April 20, 2016 at 1:30. Defendants have accepted service of process. The parties have reached a settlement agreement, the documents for a stipulation for entry of judgment and payment schedule were

1  filed with the court on February 29, 2016.  The Defendant failed to file a consent to proceed
2  before a magistrate.  A consent was filed on   March 22, 2016.  The court requested that the
3  defendants file a revised consent, because Defendant was  not represented by counsel and was
4  a corporation. Plaintiffs attorney sent Defendant the revised consent to sign.  Defendant  agreed
5  to sign the revised consent but  the principal/owner  has not been available to sign it.   She was
6  to sign it on March 23 but Plaintiffs attorney has not received it as of this hour. Plaintiffs believe
7  that Defendants will file the revised consent.

   Therefore, Plaintiffs request that the case be continued until April 20th, 2016, for another Case Management Conference pending the filing of the revised Consent/declination to proceed before a magistrate.

Respectfully submitted,

Dated: March 29, 2016

/S/_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER (AS MODIFIED)

The Case Management Conference is hereby continued to April 20, 2016, at 1:30 P.M., at Courtroom 4, 3rd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.  Immediately upon receipt of this Order, Plaintiffs shall serve the Defendant with a copy of this Order and file a proof of service with the court.

Dated:  __March 30, 2016_____

_____
JUDGE OF THE U.S. DISTRICT COURT



IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu