SUE CAMPBELL, SBN 98728
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND RONALD BENNETT AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRIMELE ELECTRIC WORKS, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: 15-CV-04186 DMR<br><br>REQUEST FOR CONDITIONAL DISMISSAL PENDING PAYMENT IN FULL UNDER SETTLEMENT AGREEMENT AND ORDER THEREON |

All parties having appeared and executed a Stipulation for Entry of Judgment, the parties hereby request that the Court order a conditional dismissal of the entire action. The dismissal is conditional upon payment in full under the Stipulation for Entry of Judgment attached hereto as Exhibit "A". The court shall retain jurisdiction in this matter. In the event Defendant defaults in performance of the terms of the Stipulation for Entry of Judgment, judgment shall be entered upon ten (10) days' written notice to Defendant, and a declaration filed by Plaintiffs' attorneys to default by the Defendant. Pursuant to the stipulation of the parties, the judgment to be

entered shall be for the balance owed in contributions for the months: February 2015, March 2015, June 2015, July 2015, and October 2015 in the amount of $12,545.47, plus liquidated damages in the amount of $1,881.81, plus past due interest in the amount of: $702.33, (see attached past due interest schedule), plus attorney's fees of $2,778.75 and costs in the amount of $957.49 for a total of: $18,865.85, plus interest on the declining balance of: $862.32 (see attached declining balance interest schedule) for a grand total of $19,728.17, plus unpaid contributions from January 2016 through January 2017, less any amounts paid in accordance with the Stipulation for Entry of Judgment.

Dated: 2-1-16

SUE CAMPBELL
Attorney for Plaintiffs

Dated: 2-1-16

CIRIMELE ELECTRIC WORKS, INC., A California Corporation

BY: [signature]

## ORDER

In accordance with the settlement and request of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that a conditional dismissal with prejudice of the entire action be entered. The dismissal is conditional upon payment in full under the Stipulation for Entry of Judgment attached hereto as Exhibit "A" and for the Contributions due and unpaid to the TRUST FUNDS for the months: February 2015, March 2015, June 2015, July 2015, and October 2015 in the amount of $12,545.47, plus liquidated damages in the amount of $1,881.81, plus past due interest in the amount of: $702.33, (see attached past due interest schedule), plus

attorney's fees of $2,778.75 and costs in the amount of $957.49 for a total of: $18,865.85, plus interest on the declining balance of: $862.32 (see attached declining balance interest schedule) for a grand total of $19,728.17, plus unpaid contributions from January 2016 through January 2017, less any amounts paid in accordance with the Stipulation for Entry of Judgment.

Dated: March 31, 2016

IT IS SO ORDERED

*Judge Donna M. Ryu*
U.S. DISTRICT COURT JUDGE